UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Jorge Roman Cardona, et al
          v.
United Parcel Services,

CASE NUMBER: 98-1992 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.15.99   **Docket #** 6<br>[ ] Plffs   [x] Defts   [ ] Other<br>**Title:** Motion for extension of time to file certified translations | Granted until October 5, 1999. |

Date 9/16/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


