# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Jorge Roman Cardona, et al
v.
United Parcel Services,

**CASE NUMBER:** 98-1992 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.8.99   **Docket # 9**<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion requesting extension of time to file opposition | Granted until November 8, 1999. No further extensions shall be granted. If no opposition is filed by this deadline, the Court will consider the motion for summary judgment to be unopposed. |

Date 10/29/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


