UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Jorge Roman Cardona, et al
v.
United Parcel Services

CASE NUMBER: 98-1992 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11.18.99  **Docket # 12**  [ ] Plffs  [x] Defts  [ ] Other  **Title:** Motion requesting leave to file reply brief | Granted until **November 23, 1999.** Defendant shall **hand deliver** its reply to the office of Plaintiff's counsel on that same date and certify to the Court that it has done so. Failure to comply with these terms shall result in the striking of the reply.  Plaintiff shall have until **December 14, 1999,** to file a sur-reply. Thereafter, no further briefs shall be filed on this issue.  No extensions will be granted to these deadlines. |

Date 11/19/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


