ENTERED ON DOCKET
1/14/00 PURSUANT
TO F.R.C.P. RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| JORGE ROMAN CARDONA, et al,<br>Plaintiffs, | |
|---|---|
| v. | Civil No. 98-1992 (HL) |
| UNITED PARCEL SERVICE,<br>Defendant, | |

RECEIVED & FILED
00 JAN 14 PM 12:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## PARTIAL JUDGMENT

The Court having entered an opinion and order on this same date, partial judgment is hereby entered dismissing with prejudice Plaintiffs' ADA claim that UPS terminated Jorge Román Cardona because of a disability-based discrimination and dismissing without prejudice these same claims under Puerto Rico Law 44. There remains Román's claim that his dismissal constituted a retaliation for his having requested a reasonable accommodation.

San Juan, Puerto Rico, January 13, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge

AO 72A
(Rev.8/82)