UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jorge Román Cardona, et al
v.
United Parcel Services

CASE NUMBER: 98-1992 (HL)

## ORDER

Pursuant to the pretrial and settlement conference held in this case on January 11, 2000, the Court makes the following rulings:

1) Plaintiffs shall have until **January 21, 2000** to **hand deliver** to Defendant the medical report of Dr. Luis Escabí.

2) Plaintiff Jorge Román Cardona shall submit by **January 18, 2000** to a psychiatrist examination by a doctor designated by Defendant.

3) Defendant shall have until **January 27, 2000**, to **hand deliver** to Plaintiffs a copy of the designated doctor's report of the examination of Jorge Román Cardona.

4) The witnesses listed by Plaintiffs in paragraph 4 of page 52 of the pretrial order are stricken, as consented to by the parties at the pretrial conference.

5) The parties shall submit by **January 25, 2000**, a joint addendum to the pretrial order in which they provide a stipulation on the points to which the witnesses listed in paragraph 5 of page 52 of the pretrial order would have testified. The addendum shall also include Defendant's amended theory on the amount of back pay to which Plaintiffs are entitled.

6) As agreed to by the parties at the pretrial conference, the records of Dr. Ramón Ortega Colón will not be offered into evidence at trial.

7) The medical records from Dr. Leonel Shub will be allowed to the extent that they are from his work with the Hipodromo Medical Center.

Failure to comply with any of the deadlines contained in this order shall result in the imposition of sanctions, including the precluding of witnesses from testifying at trial.

Date 1-13-00

HECTOR M. LAFFITTE
Chief U.S. District Judge