UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jorge Román Cardona, et al
v.
United Parcel Services

CASE NUMBER: 98-1992 (HL)

### ORDER

The jury trial in this case originally scheduled for February 7, 2000, is hereby reset to **February 14, 2000**, at 9:00 a.m., to be heard before Judge Robert J. Ward. A status conference will be held before Judge Ward on **February 10, 2000**, at 10:00 a.m.

Date (-27-00

HECTOR M. LAFFITTE
Chief U.S. District Judge

