# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Jorge Román Cardona, et al
v.
United Parcel Services

**CASE NUMBER:** 98-1992 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.7.00    **Docket # 25**<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Notice to the Court regarding settlement agreement | Noted.  The parties shall file final settlement papers by **February 22, 2000.** |

Date 2/10/00

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



