# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Jorge Román Cardona, et al
v.
United Parcel Services

CASE NUMBER: 98-1992 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.11.00   **Docket # 27**<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Motion for filing confidential settlement agreement under seal | Granted. The confidential agreement (docket no. 28) shall remain sealed until otherwise ordered by the Court. |

Date 2/15/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


