UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Jorge Román Cardona, et al
v.
United Parcel Services

CASE NUMBER: 98-1992 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.11.00  **Docket # 29**<br>[x] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Notice of voluntary dismissal | Granted and approved. Judgment will be entered incorporating in full the terms of the parties' confidential Settlement Agreement. The Court will retain jurisdiction over its terms. *See Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 380-82 (1994). |

Date 2/15/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


