ENTERED ON DOCKET
2/16/00 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Jorge Román Cardona, et al
v.
United Parcel Services

**CASE NUMBER: 98-1992 (HL)**

## JUDGMENT

The Court having approved the parties' settlement agreement, judgment is hereby entered dismissing this case with prejudice and incorporating in full the terms of the settlement agreement. The Court shall retain jurisdiction over the settlement agreement.

DATE 2/15/0•

HECTOR M. LAFFITTE
Chief U.S. District Judge


